**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408**

October 19, 2009

New York State Supreme Court
County Clerks Office
Attn: James A. Rossetti
60 Centre Street
New York, NY 10007

**IN RE:**
      **CASE NAME:**      Bank of America, N.A., v. Lightstone Holdings, LLC
      **CASE NUMBER:**  09-1353 (JMP)
      **INDEX NO.:**       601853/2009

Dear Mr. Rossetti:

An Order was signed on **October 7, 2009**, by **Judge James M. Peck** of the U.S. Bankruptcy Court Southern District of New York, Remanding Adversary Proceeding # **09-1353(jmp)** to the **New York Supreme Court, New York County** .

In response to the Order, we are providing you the following:

**X**      **CERTIFIED COPY OF THE MEMORANDUM DECISION**
**X**      **CERTIFIED COPY OF THE ORDER**
**X**      **CERTIFIED COPY OF THE ADVERSARY DOCKET**

Enclosed, please find a copy of this letter to acknowledge receipt of these documents. If you need further information regarding this matter, please contact Ms. Gemma Philbert at (212) 668-2870.

Yours truly,

                                        VITO GENNA, CLERK

                                        By:    Anatin Rouzeau
                                                   Deputy Clerk

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED ABOVE**

RECEIVED BY _____ ON DATE _____